UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| IN RE: NATIONAL PRESCRIPTION OPIATE LITIGATION<br><br>This document relates to:<br><br>I-KARE TREATMENT CENTER | MDL No. 2804<br><br>Judge Dan Aaron Polster<br><br>NOTICE OF VOLUNTARY DISMISSAL<br><br>1:19-op-45829 |

NOTICE IS HEREBY GIVEN by Counsel for Plaintiff, I-Kare Treatment Center, that the above-captioned action is hereby dismissed without prejudice and without costs as to all defendants pursuant to Fed. R. Civ. P. 41.

Dated: July 24, 2026

/s/ *Randi Kassan*
Randi Kassan, Esq.
Milberg, PLLC
00 Garden City Plaza, Suite 408
Garden City, NY 11530
Tel: (516) 741-
5600
Fax: (516) 741-0128
rkassan@milberg.com

**Approved. So Ordered.**

***s/Dan Aaron Polster***
**DAN AARON POLSTER**
**U.S. DISTRICT JUDGE**

**Date: July 27, 2026**